IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELECOM ASSET MANAGEMENT, LLC,

    Plaintiff,

  v.

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, VERIZON SOURCING LLC, VERIZON COMMUNICATIONS INC., and DOES 1 through 10, inclusive,

    Defendants.

No. C 14-05021 WHA

**NOTICE OF INITIAL CASE MANAGEMENT CONFERENCE**

An initial case management conference is hereby set for **JANUARY 8, 2015 AT 8:00 A.M.** before the Honorable William Alsup. The parties shall please submit a joint case management statement (not to exceed ten pages) by **JANUARY 6 AT NOON**. Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: December 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE