IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELECOM ASSET MANAGEMENT, LLC,

    Plaintiff,

  v.

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, VERIZON SOURCING LLC, VERIZON COMMUNICATIONS INC., and DOES 1 through 10, inclusive,

    Defendants.

No. C 14-05021 WHA

**ORDER RE HEARING ON JANUARY 27**

    The hearing on defendants' motion to dismiss is hereby continued from January 22 to **JANUARY 27, 2015 AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: December 31, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE