IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELECOM ASSET MANAGEMENT, LLC,

    Plaintiff,

v.

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, VERIZON SOURCING LLC, VERIZON COMMUNICATIONS INC., and DOES 1 through 10, inclusive,

    Defendants.

No. C 14-05021 WHA

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

On January 8, the parties appeared for an initial case management conference. As stated at the hearing, all initial disclosures under FRCP 26 must be completed by **JANUARY 22, 2015**, on pain of preclusion under FRCP 37(c), including full and faithful compliance with FRCP 26(a)(1)(A)(iii). A further case management conference is hereby set for **JUNE 11, 2015 AT 11:00 A.M.** A joint case management conference statement must be filed by **JUNE 4 AT NOON**.

**IT IS SO ORDERED.**

Dated: January 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE