IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELECOM ASSET MANAGEMENT, LLC,

    Plaintiff,

v.

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, VERIZON SOURCING LLC, VERIZON COMMUNICATIONS INC., and DOES 1 through 10, inclusive,

    Defendants.

No. C 14-05021 WHA

**REFERENCE TO PRIVATE MEDIATION AND ORDER RE DISCOVERY**

    The parties have until **FEBRUARY 6, 2015**, to select a private mediator and to get on to that mediator's calendar. The mediation must be completed by **APRIL 30, 2015**.

    At the January 27 hearing, the Court held back from setting specific dates for discovery on the express promise by both sides that they would cooperate in getting the discovery done well in advance of the April deadline.

**IT IS SO ORDERED.**

Dated: January 27, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE