```
DURIE TANGRI LLP
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300
```

Attorneys for Defendants
VERIZON WIRELESS and VERIZON SOURCING LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECOM ASSET MANAGEMENT, LLC<br><br>                        Plaintiff,<br><br>       v.<br><br>CELLCO PARTNERSHIP dba VERIZON WIRELESS; VERIZON SOURCING LLC; VERIZON COMMUNICATIONS INC.; and DOES I through X, inclusive,<br><br>                        Defendants. | Case No. 3: 14-CV -05021-WHA<br><br>**DEFENDANTS' MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>(CIV. L.R. 7-11 AND 11-5)<br><br>Ctrm:    8, 19th Floor<br>Judge:   Honorable William Alsup |

## MOTION

Pursuant to Civil L.R. 7-11 and 11-5, Defendants Verizon Wireless and Verizon Sourcing LLC ("Verizon") hereby moves the Court for an order permitting the withdrawal of its counsel of record, Bobbie Rae Bailey, Glen Silverstein, and Frederick W. Gatt of Leader & Berkon LLP, and the appearance of substitute counsel, Joshua H. Lerner and Laura E. Miller of Durie Tangri LLP, on its behalf in this action. Verizon respectfully submits that said substitution of counsel is in the interests of justice.

Verizon, Leader & Berkon LLP, and Durie Tangri LLP consent to such withdrawal and substitution of counsel.

Accordingly, Verizon respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

> DURIE TANGRI LLP
> JOSHUA H. LERNER (SBN 220755)
> jlerner@durietangri.com
> LAURA E. MILLER (SBN 271713)
> lmiller@durietangri.com
> 217 Leidesdorff Street
> San Francisco, CA  94111
> Telephone:    415-362-6666
> Facsimile:    415-236-6300

Counsel for Plaintiff, Frank Kollman, Michelle Carter and James Allen Carter of Carter Carter Fries & Grunschlag, were informed of the proposed substitution motion on February 11, 2015 and indicated that Plaintiff does not oppose the substitution.

This motion is not made for purposes of delay or any other improper purpose.

WHEREFORE, Verizon respectfully requests this Court enter its Order permitting withdrawal and substitution of counsel for Verizon, and update the Court's ECF system for this case by removing Bobbie Rae Bailey, Glen Silverstein, and Frederick W. Gatt of Leader & Berkon LLP as counsel of record and substituting in their place Joshua H. Lerner and Laura E. Miller of Durie Tangri LLP as counsel of record for Verizon.

///

| | | |
|---|---|---|
| 1 | Dated: February 12, 2015 | DURIE TANGRI LLP |
| 2 | | |
| 3 | | By: _____/s/ Joshua H. Lerner_____<br>JOSHUA H. LERNER<br>LAURA E. MILLER |
| 4 | | |
| 5 | | Attorneys for Defendants<br>VERIZON WIRELESS and VERIZON SOURCING LLC |
| 6 | | |
| 7 | Dated: February 12, 2015 | LEADER & BERKON LLP |
| 8 | | |
| 9 | | By: _____/s/ Glen Silverstein_____<br>BOBBIE RAE BAILEY<br>GLEN SILVERSTEIN<br>FREDERICK W. GATT |
| 10 | | |
| 11 | | Attorneys for Defendants<br>VERIZON WIRELESS and VERIZON SOURCING LLC |
| 12 | | |
| 13 | Dated: February 12, 2015 | VERIZON WIRELESS and VERIZON SOURCING LLC |
| 14 | | |
| 15 | | By: |
| 16 | | _____/s/ Robert P. Slevin_____<br>ROBERT P. SLEVIN |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Joshua H. Lerner, attest that concurrence in the filing of this document has been obtained.

Dated: February 12, 2015   By: _____/s/ Joshua H. Lerner_____
JOSHUA H. LERNER

# ~~PROPOSED~~ ORDER

Having reviewed and considered Defendants Verizon Wireless and Verizon Sourcing LLC's ("Verizon") Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Bobbie Rae Bailey, Glen Silverstein, and Frederick W. Gatt of Leader & Berkon LLP be permitted to withdraw as counsel of record, and Joshua H. Lerner and Laura E. Miller of Durie Tangri LLP may appear as substitute counsel of record for Verizon. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: February 17, 2015.

WILLIAM ~~H.~~ ALSUP
United States District Judge