IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELECOM ASSET MANAGEMENT, LLC,

    Plaintiff,

v.

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS; VERIZON SOURCING LLC; VERIZON COMMUNICATIONS INC; and DOES I through X, inclusive,

    Defendants.

No. C 14-05021 WHA

**ORDER DENYING MOTION TO ENLARGE TIME**

A January 8 order denied without prejudice defendants' motion to transfer but set an April 30 (at noon), deadline for any renewed motion to transfer. Counsel were to "please cooperate in getting the discovery done well before this deadline (on pain of adverse inferences)" (Dkt. No. 35). At the January 27 hearing, the Court held back from setting specific dates for discovery on the express promise by both sides that they would cooperate in getting the discovery done well in advance of the April deadline (Jan. 27 Hr'g Tr. 36). A January 27 order followed stating that the mediation had to be completed by April 30 (Dkt. No. 44). The mediation is currently scheduled for April 29, according to plaintiff's counsel.

Now, plaintiff's counsel seek to extend the mediation (and thus the discovery and further case management conference) deadlines by "30-45 days." For good cause not shown, plaintiff's motion is **DENIED**. Both sides shall please review the undersigned judge's standing order, including the discovery guidelines. Please remember that the parties must promptly meet-and-confer in person or telephonically regarding discovery disputes. If those efforts fail, the parties may file a discovery letter (not to exceed three pages).

**IT IS SO ORDERED.**

Dated: March 20, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE