United States District Court
For the Northern District of California

1
2
3
4                IN THE UNITED STATES DISTRICT COURT
5
6                FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    TELECOM ASSET MANAGEMENT, LLC,
9                     Plaintiff,                         No. C 14-05021 WHA
10       v.
11   CELLCO PARTNERSHIP, d/b/a VERIZON            **ORDER SETTING DISCOVERY**
     WIRELESS; VERIZON SOURCING LLC;             **HEARING RE DEFENDANTS'**
12   VERIZON COMMUNICATIONS INC; and             **DISCOVERY DISPUTE**
     DOES I through X, inclusive,
13
14                     Defendants.
                                              /
15
16          The Court **SETS A TWO-HOUR MEET-AND-CONFER** in the Court's jury room in the federal
17   courthouse in San Francisco from **8:00 A.M. TO 10:00 A.M.** on **TUESDAY, APRIL 7, 2015**.
18   At **10:00 A.M.**, the Court shall hold a hearing to resolve any remaining outstanding issue(s).
19   Plaintiff's response to defendants' discovery letter is due by **NOON ON APRIL 3**.  Please buzz
20   chambers at 8:00 a.m. on April 7 to be let into the jury room.  Please note that only those lawyers
21   who personally participate in the meet-and-confer in the Court's jury room may be heard at the
22   hearing.
23          **IT IS SO ORDERED.**
24
25   Dated:   April 1, 2015.                    _____
26                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
27
28