IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELECOM ASSET MANAGEMENT, LLC,

    Plaintiff,

v.

CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS; VERIZON SOURCING LLC; VERIZON COMMUNICATIONS INC; and DOES I through X, inclusive,

    Defendants.

No. C 14-05021 WHA

**ORDER GRANTING STIPULATION TO TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK AND VACATING HEARINGS**

A January 2015 order denied without prejudice defendants' motion to transfer to the Southern District of New York so that the parties could exchange discovery (Dkt. No. 35). Now, the parties have filed a joint stipulation to "immediately" transfer this action to the Southern District of New York. Also pending are plaintiff's motion for leave to file a first amended complaint and defendants' discovery letter (Dkt. Nos. 62, 70, 73). The parties' stipulation is hereby **GRANTED**. Pursuant to Section 1404 of Title 28 of the United States Code, this action is hereby **TRANSFERRED TO THE SOUTHERN DISTRICT OF NEW YORK**. The April 7 discovery hearing, April 23 motion hearing, and June 11 further case management conference are hereby **VACATED**. The undersigned judge recommends that the parties file with the new judge a joint status report within **FIVE CALENDAR DAYS** of the transfer.

    **IT IS SO ORDERED.**

Dated: April 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE